*E-Filed 2/4/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WILLIE WEAVER,<br><br>Plaintiff.<br>_____/ | No. C 14-2906 RS (PR)<br>No. C 14-3019 RS (PR)<br>No. C 14-3148 RS (PR)<br>No. C 14-3149 RS (PR)<br>No. C 14-3307 RS (PR)<br>No. C 14-3308 RS (PR)<br>No. C 14-3967 RS (PR)<br><br>**ORDER DENYING MOTIONS TO EXTEND TIME** |

These are closed federal civil rights actions. They were dismissed because plaintiff failed to respond to the order to show cause, even though he was granted plenty of time within which to file a response. He now moves to extend time to file a response, motions which the Court construes as containing requests to reopen the actions. All these motions are DENIED. The Clerk shall terminate all pending motions in the above-listed actions.

**IT IS SO ORDERED**.

DATED: February 3, 2015

RICHARD SEEBORG
United States District Judge